Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-518**

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** MAZ5170 - Adventure Awaits

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Marla Orcutt
  **Pseudonym:** Marla Rae
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Marla Orcutt
2414 E Schultz Rd., Doniphan, NE, 68832, United States

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art & Licensing
**Name:** Zachariah Jones
**Email:** info@pennylanefineart.com
**Telephone:** (800)273-5263
**Address:** 1791 Dalton Drive
New Carlisle, OH 45344 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-899**

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025



## Title

**Title of Work:** MA1003 - On Lake Time

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 07, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Marla Orcutt
  **Pseudonym:** Marla Rae
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Marla Orcutt
2414 E Schultz Rd., Doniphan, NE, 68832, United States

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art & Licensing
**Name:** Zachariah Jones
**Email:** info@pennylanefineart.com
**Telephone:** (800)273-5263
**Address:** 1791 Dalton Drive
New Carlisle, OH 45344 United States

## Certification

Page 1 of 2

